People v Deal

2026 NY Slip Op 02546

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

AUSTIN R. DEAL, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

218 KA 24-00911

Present: Lindley, J.P., Curran, Ogden, Delconte, And Hannah, JJ.

KEEM APPEALS, PLLC, SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT.

BRITTANY GROME ANTONACCI, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered April 18, 2024. The judgment convicted defendant upon a plea of guilty of aggravated criminal contempt.

[*1]

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Same memorandum as in People v Deal ([appeal No. 1] — AD3d — [Apr. 24, 2026] [4th Dept 2026]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court